**DISMISS and Opinion Filed December 14, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-01313-CV**

_____

**IN RE MATTHEWS RETAIL GROUP, INC. D/B/A MATTHEWS REAL ESTATE INVESTMENT SERVICES, ANDREW GROSS, AND LEE CORDOVA, Relators**

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-12550**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

Before the Court is relators' motion to voluntarily dismiss their mandamus

petition. We grant the motion, deny relators' motion for stay, and dismiss this

original proceeding.

221313f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE